AO 91 (Rev. 08/09)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

APR 1 4 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America<br>v.<br><br>Brian Lee Goffigan | )<br>)<br>)<br>)<br>)<br>) |

Case No. 2:16-mj- 180

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 10th, 2015 _____ in the county of _____ Virginia Beach City _____ in the

_____ Eastern _____ District of _____ Virginia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | Possession with Intent to Distribute 28 Grams or More of a Mixture and Substance Containing Cocaine Base |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Kevin Hudson

*Complainant's signature*

TFO James Thomas, DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: *April 14, 2016*

*Judge's signature*

City and state:                    Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge

*Printed name and title*